PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Ciccone                    Cr.: 99-00575-001 & 99-00574-002

Name of Sentencing Judicial Officer: Katherine S. Hayden

Date of Original Sentence: 06/13/00

Original Offense: 18 U.S.C. 922 (g)&2, 18 U.S.C. 894: Possession of a Firearm by Convicted Felon & Conspiracy to Collect Extensions of Credit by Extortionate Means

Original Sentence: 57 months; Three (3) years Supervised Release
          Special Conditions: Mental Health Treatment; Drug Treatment; $200 Special Assessment

Type of Supervision: Supervised Release                Date Supervision Commenced: 08/12/04

Assistant U.S. Attorney: Stephen Taylor                Defense Attorney: Alberto Ebanks

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'<br><br>On or about the following dates, the supervised releasee admitted to using cocaine: December 16, 2004, February 25, 2005, March 18, 2005, May 9, 2006 and May 11, 2006. |

PROB 12C - Page 2
Anthony Ciccone

2   The offender has violated the supervision condition which states '**The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.**'

The offender failed to appear at the Human Growth Center on February 1, 2005; February 5, 2005 and February 12, 2005 for a psychiatric evaluation. He failed to appear on May 10, 2006 for same at Bergen Regional Medical Center.

I declare under penalty of perjury that the foregoing is true and correct.

By: *[signature]*

Thomas S. Larson
Supervising U.S. Probation Officer
Date: 05/18/2006

---

THE COURT ORDERS:

[X] The Issuance of a Summons.   Date of Hearing: 7/17/06 at 3:00 pm
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

*[signature]*
Signature of Judicial Officer

5/23/06
Date